**Dismissed and Opinion Filed March 10, 2015**



In The

Court of Appeals

Fifth District of Texas at Dallas

_____

No. 05-14-00823-CR

_____

**DARIUS LASHAWN WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81335-2011**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140823F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DARIUS LASHAWN WILSON, Appellant

No. 05-14-00823-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-81335-2011.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered March 10, 2015.